UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TAYE L. ELLEBY,

                Petitioner,

20 **CIVIL** 5517 (PAE)

-against-

**JUDGMENT**

BRANDON J. SMITH, Superintendent of Greene
Correctional Facility,

                Respondent.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/10/2020
```

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 7, 2020, Elleby's second Petition is denied without prejudice, for lack of exhaustion; accordingly, the case is closed.

**DATED:** New York, New York
           August 10, 2020

                                      **RUBY J. KRAJICK**

                                      **Clerk of Court**

**BY:**

                                      **Deputy Clerk**